# UNITED STATES DISTRICT COURT

MIDDLE District of TENNESSEE

| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
|---|---|
| V. | (For **Revocation** of Probation or Supervised Release) |
| CEDRIC ANTON TAYLOR | Case Number: 3:09-00119 |
| | USM Number: 19098-075 |
| | Ronald Clayton Small |
| | Defendant's Attorney |

**THE DEFENDANT:**

☐ admitted guilt to violation of condition(s) _____ of the term of supervision.

X was found in violation of condition(s) One (1), Two (2) and Three (3) after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Defendant shall refrain from any unlawful use of a controlled substance | 4/28/2016 |
| 2 | Defendant shall participate in a program of testing and treatment for drug and/or alcohol abuse, as directed by the Probation Officer, until such time as the Defendant is released from the program by the Probation Officer | 5/24/2016 |
| 3 | Defendant shall not commit another federal, state or local crime | 5/17/2016 |

The defendant is sentenced as provided in pages 1 and 2 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this Judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States Attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No. 4916

Defendant's Year of Birth: 1983

City and State of Defendant's Residence:
Murfreesboro, Tennessee

June 29, 2016
Date of Imposition of Judgment

*Todd Campbell* (signature)
Signature of Judge

Todd J. Campbell, United States District Judge
Name and Title of Judge

June 29, 2016
Date

AO 245D      (Rev. 12/07 Judgment in a Criminal Case for Revocations
             Sheet 2 – Imprisonment

DEFENDANT:       CEDRIC ANTON TAYLOR                                       Judgment — Page 2 of 2
CASE NUMBER:     3:09-00119

## IMPRISONMENT

  The Defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:  <u>eight (8) months</u>

No period of Supervised Release is imposed.

\_\_\_\_ The Court makes the following recommendations to the Bureau of Prisons:

<u> X </u> The Defendant is remanded to the custody of the United States Marshal.

\_\_\_\_ The Defendant shall surrender to the United States Marshal for this District:

  \_\_\_\_ at _____ p.m. on _____

  \_\_\_\_ as notified by the United States Marshal.

\_\_\_\_ The Defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons.

  \_\_\_\_ before 2 p.m. on _____

  \_\_\_\_ as notified by the United States Marshal.

  \_\_\_\_ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this Judgment as follows:

_____
_____
_____

Defendant delivered on _____ to _____
a _____ with a certified copy of this Judgment.

            _____
            United States Marshal

            By: _____
            Deputy United States Marshal